THE PEOPLE OF THE STATE OF THE STATE OF NEW YORK, Respondent, v JONATHAN ERICKSON, Appellant.—Judgment unanimously affirmed. Memorandum: The sentence imposed was not harsh and excessive. Defendant's alleged inability to pay the restitution imposed by the court may be raised by him in an application made to the sentencing court for resentencing pursuant to CPL 420.10 (5). (Appeal from Judgment of

Steuben County Court, Harvey, J.—Forgery, 2nd Degree.) Present—Dillon, P. J., Doerr, Balio, Lawton and Davis, JJ.